GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL R. LIZANO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
michael.perez-lizano@usdoj.gov
Attorneys for Plaintiff

FILED

2022 NOV 10   PM 5: 06

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR22-02454 TUC-RCC(MSA) |
|---|---|
| Plaintiff, | MOTION TO SEAL INDICTMENT |
| vs. | |
| Alberto Gabriel Aranda-Ramon, et al., | (UNDER SEAL) |
| Defendants. | |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein because the defendants are fugitives. The Indictment, this Motion to Seal, and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 10th day of November, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

MICHAEL R. LIZANO
Assistant U.S. Attorney